IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NEARY,<br><br>         Plaintiff,<br><br>    v.<br><br>CARDINAL HEALTH, INC. GROUP DISABILITY PLAN,<br><br>         Defendant. | 2:08-cv-02259-GEB-JFM<br><br>STATUS (PRETRIAL SCHEDULING) ORDER |

The status (pretrial scheduling) conference scheduled for January 20, 2009, is vacated since the parties' Joint Status Report ("JSR") indicates that the following Order should issue.[1]

SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

No further service, joinder of parties or amendments to pleadings is permitted, except with leave of Court, good cause having been shown.

/ / /

---

[1] A scheduling conference need not be held in every action. Fed. R. Civ. P. 16(b); 1993 Advisory Committee Notes to Fed. R. Civ. P. 16(b) ("[W]hile a scheduling order is mandated, a scheduling conference is not.").

1

<u>DISCOVERY</u>

The parties dispute whether discovery outside the administrative record should be allowed.  A party desiring discovery shall file a motion that seeks specified discovery so it is duly noticed to be heard no later than March 23, 2009, at 9:00 a.m.

<u>MOTION HEARING SCHEDULE</u>

The last hearing date for motions shall be October 13, 2009, at 9:00 a.m.[2]

<u>FINAL PRETRIAL CONFERENCE</u>

The final pretrial conference is set for December 7, 2009, at 3:30 p.m.  The parties are cautioned that the lead attorney who WILL TRY THE CASE for each party shall attend the final pretrial conference.  In addition, all persons representing themselves and appearing <u>in propria persona</u> must attend the pretrial conference.

The parties shall file a <u>JOINT</u> pretrial statement no later than seven (7) calendar days prior to the final pretrial conference.[3] The joint pretrial statement shall specify the issues for trial and shall estimate the length of the trial.  The Court uses the parties' joint pretrial statement to prepare its final pretrial order and could issue the final pretrial order without holding the scheduled final pretrial conference.

---

[2] This time deadline does not apply to motions for continuances, temporary restraining orders, emergency applications, or motions under Rule 16(e) of the Federal Rules of Civil Procedure.

[3] The failure of one or more of the parties to participate in the preparation of any joint document required to be filed in this case does not excuse the other parties from their obligation to timely file the document in accordance with this Order.  In the event a party fails to participate as ordered, the party or parties timely submitting the document shall include a declaration explaining why they were unable to obtain the cooperation of the other party.

1     <u>If possible, at the time of filing the joint pretrial</u>
2 <u>statement counsel shall also email it in a format compatible with</u>
3 <u>WordPerfect to: geborders@caed.uscourts.gov</u>.
4                      <u>TRIAL SETTING</u>
5     Trial is set for January 20, 2010, commencing at 9:00 a.m.
6       <u>VOLUNTARY DISPUTE RESOLUTION PROGRAM ("VDRP")</u>
7     Since the parties consent to VDRP, this matter is referenced
8 to VDRP.
9 **Dated:  January 14, 2009**

                                     *[signature]*

                         **GARLAND E. BURRELL, JR.**
                         **United States District Judge**

3